Certificate Number: 03058-GAM-DE-018309056

Bankruptcy Case Number: 09-40249



03058-GAM-DE-018309056

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2012, at 4:53 o'clock PM EDT, Mac Peterson completed a course on personal financial management given in person by The Family Center of Columbus, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Georgia.

Date: May 30, 2012

By: /s/Rosemary W Spangler for Lerone Harper

Name: Lerone Harper

Title: Certified Consumer Credit Counselor